UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
MARIA BELTREZ,

                Plaintiff,                          REPORT AND
                                                             RECOMMENDATION
   -against-
                                                              19 CV 1817 (LDH)(RML)
ROBERT E. JUDGE, PC and
ROBERT E. JUDGE,

                Defendants.
--------------------------------------------------------X
LEVY, United States Magistrate Judge:

        Plaintiff Maria Beltrez commenced this action on March 29, 2019. (See Complaint, dated Mar. 29, 2019, Dkt. No. 1.) A return of service was executed as to defendant Robert E. Judge, PC on April 10, 2019 and as to defendant Robert E. Judge on April 12, 2019. (See Dkt. Nos. 7 & 8.) Neither defendant has answered or moved with respect to the complaint.

        On June 14, 2019, I issued an Order to Show Cause directing plaintiff to either move for a default judgment or submit a written explanation to the court as to why she has not done so by June 21, 2019. My order warned that failure to comply could result in the imposition of sanctions, including a recommendation that this case be dismissed for failure to prosecute. (See Order to Show Cause, dated June 14, 2019.)

        To date, plaintiff has not moved for a default judgment or otherwise contacted the court. I therefore respectfully recommend that this case be dismissed for lack of prosecution.

        Any objections to this report and recommendation must be filed with the Clerk of the Court, with courtesy copies to the Honorable LaShann DeArcy Hall and to my chambers, within fourteen (14) days. Failure to file objections within the specified time waives the right to

2

appeal the district court's order.  See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72, 6(a), 6(d).

                                Respectfully submitted,

                                /s/
                              ROBERT M. LEVY
                              United States Magistrate Judge

Dated: Brooklyn, New York
         September 10, 2019